UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DAVID J. KATZ,

                      Plaintiff,

-against-

ASHLEY WRIGHT and MARTEN TRANSPORT LTD.,

                      Defendants.

-----------------------------------------------------------X

**JUDGMENT**

7:16-CV-05614 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict in favor of Defendants as to Plaintiff's liability claim, judgment is entered *in favor of Defendants* and the case is closed.

DATED: New York, New York
             December 30, 2019

So Ordered:

_____
Cathy Seibel
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk